**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| G. DAVID JANG, M.D.<br><br>Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC SCIMED, INC., and BOSTON SCIENTIFIC CORPORATION,<br><br>Defendants. | C.A. No. 10-681-SLR |

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval and order of this Court, that the deadline for Plaintiff to file his opposition to Defendants' Motion for Judgment on the Pleadings (D.I. 31) shall be extended to and through March 22, 2011.

**CROSS & SIMON LLC**

*/s/ Tara M. DiRocco*

Tara M. DiRocco (No. 4699)
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380
Telephone: (302) 777-4200
tdirocco@crosslaw.com

*Attorneys for Plaintiff*

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Karen L. Pascale*

Karen L. Pascale (No. 2903)
The Brandywine Building
100 West Street, 17th Floor
Wilmington, DE 19899-0391
Telephone: (302) 571-6600
kpascale@ycst.com

*Attorneys for Defendants*

*Of Counsel:*

Thomas C. Mundell
**MUNDELL, ODLUM & HAWS LLP**
8300 Utica Avenue, Suite 200
Rancho Cucamonga, CA 91730
Telephone: (909) 948-1918

Marc E. Kasowitz
Jed I. Bergman
**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700

Douglas E. Lumish
Jeffrey G. Homrig
**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
101 California Street, Suite 2300
San Francisco, CA 94111
Telephone: (415) 421-6140

*Of Counsel:*

Matthew M. Wolf
Edward Han
John E. Nilsson
Erik T. Koons
**HOWREY LLP**
1299 Pennsylvania Ave NW
Washington, DC 20004
Telephone: (202) 783-0800

Dated: March 1, 2011

**SO ORDERED THIS ____** day of **______________**, 2011.

______________________________________
UNITED STATES DISTRICT JUDGE