# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| G. DAVID JANG, M.D. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 10-681-SLR |
| | ) |
| BOSTON SCIENTIFIC SCIMED, INC., and | ) |
| BOSTON SCIENTIFIC CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned, counsel for defendants, Boston Scientific Corporation and Boston Scientific Scimed, Inc., hereby certifies that copies of the following:

> *Defendant Boston Scientific Corporation's Objections and Responses to Plaintiff's Requests for Production of Documents (Nos. 1-20)*; and
>
> *Defendant Boston Scientific Scimed, Inc.'s Objections and Responses to Plaintiff's Requests for Production of Documents (Nos. 1-20)*,

were caused to be served upon the following counsel of record on March 3, 2011, as indicated below:

### *By E-Mail*

Tara DiRocco [tdiroco@crosslaw.com]
CROSS & SIMON, LLC
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380

Thomas C. Mundell [tmundell@mohlaw.net]
**MUNDELL, ODLUM & HAWS LLP**
8300 Utica Avenue
Suite 200
Rancho Cucamonga, CA 91730

    Jed I. Bergman [jbergman@kasowitz.com]
**KASOWITZ, BENSON, TORRES**
  **& FRIEDMAN LLP**
1633 Broadway
New York, NY 10019

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served upon the following counsel of record on March 4, 2011, as indicated below:

*<u>By E-Mail</u>*

Tara DiRocco [tdiroco@crosslaw.com]
**CROSS & SIMON, LLC**
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380

Thomas C. Mundell [tmundell@mohlaw.net]
Laura Lynch Marchione [llynch@mohlaw.net]
**MUNDELL, ODLUM & HAWS LLP**
8300 Utica Avenue
Suite 200
Rancho Cucamonga, CA 91730

Marc E. Kasowitz [mkasowitz@kasowitz.com]
Aaron H. Marks [AMarks@kasowitz.com]
Jed I. Bergman [jbergman@kasowitz.com]
**KASOWITZ, BENSON, TORRES**
  **& FRIEDMAN LLP**
1633 Broadway
New York, NY 10019

Douglas E. Lumish [dlumish@kasowitz.com]
Jeffrey G. Homrig [jhomrig@kasowitz.com]
**KASOWITZ, BENSON, TORRES**
  **& FRIEDMAN LLP**
101 California Street, Suite 2300
San Francisco, CA 94111

|  |  |
|---|---|
|  | **YOUNG CONAWAY STARGATT & TAYLOR LLP** |
|  | */s/ Karen L. Pascale* |
| March 4, 2011 | Karen L. Pascale (#2903) [kpascale@ycst.com] |
|  | The Brandywine Building |
|  | 1000 West St., 17th Floor |
|  | P.O. Box 391 |
|  | Wilmington, DE 19899-0391 |
|  | Telephone: 302-571-6600 |
|  | *Attorneys for Defendants,* |
|  | *Boston Scientific Corporation* |
|  | *and Boston Scientific Scimed, Inc.* |

OF COUNSEL:

Matthew M. Wolf
Edward Han
John Nilsson
Erik T. Koons
HOWREY LLP
1299 Pennsylvania Ave NW
Washington, DC 20004
Telephone: (202) 783-0800