**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| G. DAVID JANG, M.D. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 10-681-SLR |
| | ) |
| BOSTON SCIENTIFIC SCIMED, INC., and | ) |
| BOSTON SCIENTIFIC CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF CERTAIN *PRO HAC VICE* COUNSEL

Pursuant to Local Rule 83.7, Defendants Boston Scientific Scimed, Inc. and Boston Scientific Corporation (collectively, "BSC") hereby notify the Court that the following attorney, previously admitted *pro hac vice*, is withdrawing as counsel for BSC in this action:

> **Erik T. Koons** [admitted 09/16/2010] [D.I. 24]
> HOWREY LLP
> 1299 Pennsylvania Ave NW
> Washington, DC 20004
> Telephone: (202) 783-0800
> E-mail: KoonsE@howrey.com

The undersigned Delaware counsel, as well as all other *pro hac vice* counsel, remain counsel of record for BSC in this action.

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

March 9, 2011

Karen L. Pascale (#2903) [kpascale@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone:  302-571-6600

*Attorneys for Defendants,
Boston Scientific Corporation
and Boston Scientific Scimed, Inc.*

OF COUNSEL:

Matthew M. Wolf
Edward Han
John Nilsson
HOWREY LLP
1299 Pennsylvania Ave NW
Washington, DC 20004
Telephone: (202) 783-0800

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on March 9, 2011, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following counsel of record:

>Tara DiRocco [tdiroco@crosslaw.com]
>CROSS & SIMON, LLC
>913 N. Market Street, 11th Floor
>P.O. Box 1380
>Wilmington, DE 19899-1380

I further certify that on March 9, 2011, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel and on the following non-registered participants in the manner indicated:

### *By E-Mail*

>Thomas C. Mundell [tmundell@mohlaw.net]
>Laura Lynch Marchione [llynch@mohlaw.net]
>**MUNDELL, ODLUM & HAWS LLP**
>8300 Utica Avenue
>Suite 200
>Rancho Cucamonga, CA 91730

>Marc E. Kasowitz [mkasowitz@kasowitz.com]
>Aaron H. Marks [AMarks@kasowitz.com]
>Jed I. Bergman [jbergman@kasowitz.com]
>**KASOWITZ, BENSON, TORRES**
>  **& FRIEDMAN LLP**
>1633 Broadway
>New York, NY 10019

>Douglas E. Lumish [dlumish@kasowitz.com]
>Jeffrey G. Homrig [jhomrig@kasowitz.com]
>**KASOWITZ, BENSON, TORRES**
>  **& FRIEDMAN LLP**
>101 California Street, Suite 2300
>San Francisco, CA 94111

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Karen L. Pascale*
_____
Karen L. Pascale (#2903) *[kpascale@ycst.com]*
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600

*Attorneys for Defendants,*
*Boston Scientific Corporation and*
*Boston Scientific Scimed, Inc.*