**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| G. DAVID JANG, M.D., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 10-681-SLR |
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent the defendants, **Boston Scientific Corporation** and **Boston Scientific Scimed, Inc.,** in this civil action:

> Sara P. Zogg
> **ARNOLD & PORTER LLP**
> 555 Twelfth Street, NW
> Washington, DC 20004-1206
> Telephone: (202) 942-5000
> E-mail: Sara.Zogg@aporter.com

In accordance with Revised Standing Order for District Court Fund, the annual fee of $25.00 per attorney, if not paid previously, will be submitted to the Clerk's Office upon the filing of this motion.

March 14, 2011

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Karen L. Pascale*

---
Karen L. Pascale (#2903) [kpascale@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: 302-571-6600

*Attorneys for Defendants,*
*Boston Scientific Corporation*
*and Boston Scientific Scimed, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Sara P. Zogg is GRANTED.

Dated: March _____, 2011

---
UNITED STATES DISTRICT JUDGE

# CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and am admitted, but on inactive status, to the Bar in the State of Ohio, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.


Dated: March 14, 2011         s/ Sara P. Zogg_____
                              Sara P. Zogg
                              ARNOLD & PORTER LLP
                              555 Twelfth Street, NW
                              Washington DC 20004-1206
                              (202) 942-5000
                              E-mail: Sara.Zogg@aporter.com

054604.1010

# CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on March 14, 2011, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following counsel of record:

>Tara DiRocco [tdiroco@crosslaw.com]
>CROSS & SIMON, LLC
>913 N. Market Street, 11th Floor
>P.O. Box 1380
>Wilmington, DE 19899-1380

I further certify that on March 14, 2011, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel and on the following non-registered participants in the manner indicated:

>***By E-Mail***
>
>Thomas C. Mundell [tmundell@mohlaw.net]
>Laura Lynch Marchione [llynch@mohlaw.net]
>**MUNDELL, ODLUM & HAWS LLP**
>8300 Utica Avenue
>Suite 200
>Rancho Cucamonga, CA 91730
>
>Marc E. Kasowitz [mkasowitz@kasowitz.com]
>Aaron H. Marks [AMarks@kasowitz.com]
>Jed I. Bergman [jbergman@kasowitz.com]
>**KASOWITZ, BENSON, TORRES**
>  **& FRIEDMAN LLP**
>1633 Broadway
>New York, NY 10019
>
>Douglas E. Lumish [dlumish@kasowitz.com]
>Jeffrey G. Homrig [jhomrig@kasowitz.com]
>**KASOWITZ, BENSON, TORRES**
>  **& FRIEDMAN LLP**
>101 California Street, Suite 2300
>San Francisco, CA 94111

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Karen L. Pascale*
_____
Karen L. Pascale (#2903) *[kpascale@ycst.com]*
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600

*Attorneys for Defendants,*
*Boston Scientific Corporation and*
*Boston Scientific Scimed, Inc.*