**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| G. DAVID JANG, M.D. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 10-681-SLR |
| | ) |
| BOSTON SCIENTIFIC SCIMED, INC., and | ) |
| BOSTON SCIENTIFIC CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS
OF CERTAIN *PRO HAC VICE* COUNSEL**

PLEASE TAKE NOTICE of the change of firm affiliation and address for the below-listed counsel admitted *pro hac vice* to represent the defendants, Boston Scientific Corporation and Boston Scientific Scimed, Inc. (collectively, "BSC") in this matter:

> Matthew M. Wolf[1] [Matthew.Wolf@aporter.com]
> Edward Han[2] [Ed.Han@aporter.com]
> John E. Nilsson[3] [John.Nilsson@aporter.com]
> **ARNOLD & PORTER LLP**
> 555 Twelfth Street, NW
> Washington, DC 20004-1206
> Telephone: (202) 942-5000

---

[1] Admitted September 16, 2010 (see D.I. 24).

[2] Admitted September 16, 2010 (see D.I. 24).

[3] Admitted September 16, 2010 (see D.I. 24).

                                          **YOUNG CONAWAY STARGATT & TAYLOR LLP**

March 17, 2011                              */s/ Karen L. Pascale*

                                          Karen L. Pascale (#2903) [kpascale@ycst.com]
                                          The Brandywine Building
                                          1000 West St., 17th Floor
                                          Wilmington, DE 19801
                                          Telephone: (302) 571-6600

                                          *Attorneys for Defendants,*
                                          *Boston Scientific Corporation and*
                                          *Boston Scientific Scimed, Inc.*

OF COUNSEL:

Matthew M. Wolf
Edward Han
John E. Nilsson
Sara P. Zogg
**ARNOLD & PORTER LLP**
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5000

**CERTIFICATE OF SERVICE**

  I, Karen L. Pascale, Esquire, hereby certify that on March 17, 2011, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following counsel of record:

    Tara DiRocco [tdiroco@crosslaw.com]
    CROSS & SIMON, LLC
    913 N. Market Street, 11th Floor
    P.O. Box 1380
    Wilmington, DE 19899-1380

  I further certify that on March 17, 2011, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel and on the following non-registered participants in the manner indicated:

    ***By E-Mail***

    Thomas C. Mundell [tmundell@mohlaw.net]
    Laura Lynch Marchione [llynch@mohlaw.net]
    **MUNDELL, ODLUM & HAWS LLP**
    8300 Utica Avenue
    Suite 200
    Rancho Cucamonga, CA 91730

    Marc E. Kasowitz [mkasowitz@kasowitz.com]
    Aaron H. Marks [AMarks@kasowitz.com]
    Jed I. Bergman [jbergman@kasowitz.com]
    **KASOWITZ, BENSON, TORRES**
     **& FRIEDMAN LLP**
    1633 Broadway
    New York, NY 10019

    Douglas E. Lumish [dlumish@kasowitz.com]
    Jeffrey G. Homrig [jhomrig@kasowitz.com]
    **KASOWITZ, BENSON, TORRES**
     **& FRIEDMAN LLP**
    101 California Street, Suite 2300
    San Francisco, CA 94111

                YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

---

Karen L. Pascale (#2903) *[kpascale@ycst.com]*
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone:  (302) 571-6600

*Attorneys for Defendants,*
*Boston Scientific Corporation and*
*Boston Scientific Scimed, Inc.*