## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| G. DAVID JANG, M.D., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOSTON SCIENTIFIC SCIMED, INC., and )<br>BOSTON SCIENTIFIC CORPORATION, )<br>)<br>Defendants. )<br>) | C.A. No. 10-681-SLR |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, G. David Jang, M.D., and Defendants, Boston Scientific Scimed, Inc. and Boston Scientific Corporation, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and subject to the approval of the Court, that all claims in this action are hereby dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

DATED: April 2, 2014

| | |
|---|---|
| CROSS & SIMON, LLC | YOUNG CONAWAY STARGATT & TAYLOR LLP |
| /s/ *Richard H. Cross Jr.* | /s/ *Karen L. Pascale* |
| Richard H. Cross, Jr. (No. 3576) | Karen L. Pascale (#2903) |
| David G. Holmes (No. 4718) | Pilar G. Kraman (#5199) |
| 913 North Market Street, 11th Floor | Rodney Square |
| P.O. Box 1380 | 1000 North King Street |
| Wilmington, DE 19899-1380 | Wilmington, DE 19801 |
| (302) 777-4200 | (302) 571-6600 |
| rcross@crosslaw.com | kpascale@ycst.com |
| dholmes@crosslaw.com | pkraman@ycst.com |

| | |
|---|---|
| Marc E. Kasowitz<br>Jed I. Bergman<br>Henry Brownstein<br>1633 Broadway<br>New York, NY 10019<br>mkasowitz@kasowitz.com<br>jbergman@kasowitz.com<br>hbrownstein@kasowitz.com<br><br>James Odlum<br>MUNDELL ODLUM & HAWS LLP<br>650 E. Hospitality Lane, Suite 470<br>San Bernadino, CA  92408-3595<br>jodlum@mohlaw.net<br><br>*Attorneys for Plaintiff G. David Jang, M.D.* | Matthew M. Wolf<br>Edward Han<br>John Nilsson<br>Amy DeWitt<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, N.W/<br>Washington, DC 20004<br>matthew.wolf@aporter.com<br>ed.han@aporter.com<br>john.nilsson@aporter.com<br>amy.dewitt@aporter.com<br><br><br><br><br><br>*Attorneys for Defendants Boston Scientific Scimed, Inc. and Boston Scientific Corporation* |

 IT IS SO ORDERED, this _____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE